# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00287-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| EZEKIEL ANDERSON, IV | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the official transcript (Record Document 33) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Ezekiel Anderson IV, is **ACCEPTED** and he is fully adjudged guilty of the offenses charged in Counts 1 and 2 of the Indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of June, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT